IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CALVIN B. LYNCH** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| | : | |
| **SUPERINTENDENT GARMAN and** | : | |
| **THE ATTORNEY GENERAL OF** | : | |
| **THE STATE OF PENNSYLVANIA** | : | **NO. 18-4924** |

## ORDER

**NOW**, this 11th day of August, 2020, upon consideration of the Petition Under 28 U.S.C. § 2254 for Writ of *Habeas Corpus* by a Person in State Custody (Document No. 1), the response to the Petition for Writ of *Habeas Corpus*, the Report and Recommendation filed by United States Magistrate Judge Elizabeth T. Hey (Document No. 13), and the petitioner's objections to the Report and Recommendation, and after a thorough and independent review of the record, it is **ORDERED** that:

1. The petitioner's objections are **OVERRULED**;

2. The Report and Recommendation of Magistrate Judge Elizabeth T. Hey is **APPROVED** and **ADOPTED**;

3. The Petition for Writ of *Habeas Corpus* is **DISMISSED**; and,

4. There is no probable cause to issue a certificate of appealability.

/s/ TIMOTHY J. SAVAGE J.