### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CALVIN B. LYNCH** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| | : | |
| **SUPERINTENDENT GARMAN and** | : | |
| **THE ATTORNEY GENERAL OF** | : | |
| **THE STATE OF PENNSYLVANIA** | : | **NO. 18-4924** |

### ORDER

**NOW**, this 12th day of April, 2022, upon consideration of the petitioner's Motion for Relief from Judgment Pursuant to Fed. R. Civ. P. Rule 60(b) (Doc. No. 24) and Petitioner's Amended Rule 60(b) Motion (Doc. No. 23) which we shall treat as one motion, and the response, it is **ORDERED** that the motion is **DENIED**.

/s/ TIMOTHY J. SAVAGE J.